# EXHIBIT "A"

CIVIL ACTION NO. V-10-64
UNITED STATES OF AMERICA V. CITIZENS MEDICAL CENTER, ET AL.

# RELATORS' THIRD AMENDED QUI TAM COMPLAINT

**From:** David Brown
**Sent:** Thursday, March 20, 2008 6:39 AM
**To:** Lynne Voskamp
**Subject:** RE: T. Tumlinson

Not without making financial arrangements. Deposit or something. We'll see.

---

**From:** Lynne Voskamp
**Sent:** Wednesday, March 19, 2008 5:32 PM
**To:** David Brown
**Subject:** T. Tumlinson

Mr. Brown,

As I was about to visit            when I discovered            from Education had been in to see him to provide cardiac education. She did a social history and shared it with me:            has a significant cardiac family history and has been having chest pain off and on for the past 4 years.            has moved from job to job as a result of this intermittent chest pain and finally went to see Dr. Gaala who prescribed            The patient had been using the            so often that he ran out and called Dr. Gaala's office for a refill. The office staff told him he needed to make an appointment and be re-examined before the prescription could be refilled. They could not see him for about a week and advised him if he was feeling that bad and having chest pain to go to the ER. It is not known if they told him specifically to come to CMC ER, the patient did not say. He is scheduled for a CABG x 3 grafts per Dr. Yahagi on            Please let me know if you need additional information. Thanks,

Lynne Voskamp, MSN, RN
*Chief Nursing Officer*
Citizens Medical Center
2701 Hospital Drive
Victoria, Texas 77901
361-574-1879
lvoskamp@cmcvtx.org

CONFIDENTIAL

CMC00005009