# EXHIBIT "B"

## CIVIL ACTION NO. V-10-64
## UNITED STATES OF AMERICA V. CITIZENS MEDICAL CENTER, ET AL.

## RELATORS' THIRD AMENDED QUI TAM COMPLAINT

**ER PHYSICIAN COMPENSATION, February 1, 2005**
**Revised: January 2, 2007**

_____  _____  1.  Radiology reading:
$5,500.00 month

_____  _____  2.  Door-to-door time excluding CPC observation:
Less than 2 hours monthly average = $5,000.00
Greater than 2 hours and 10 minutes, ($1,000.00) each minute

_____  _____  3.  Volume  - Patient visits:
$10.00 each patient over 2,750 per month

_____  _____  4.  Patient satisfaction:
Greater than 63% excellent responses = $1,000.00 each point
Less than 63% excellent responses = ($1,000.00) each point

_____  _____  5.  Written or personally transmitted Compliments = $500.00 each
_____  _____     Complaints = ($250.00) each

_____  _____  6.  Chest Pain Observation (50% of specific reimbursement)

$ _____     **Total:**  (≥ half of Chest Pain Observations $ _____ )

January 2, 2007

CMC00007250