# EXHIBIT "C"

## Civil Action No. V-10-64
## United States of America v. Citizens Medical Center, et al.

# Relators' Third Amended Qui Tam Complaint

**CITIZENS MEDICAL CENTER**
**Chest Pain Center Committee**
**16 February 2010**

**MEMBERS PRESENT:** See Attendance Roster    **MEMBERS ABSENT:** See Attendance Roster

| TOPIC | FINDINGS/CONCLUSIONS/RECOMMENDATIONS/ACTIONS | FOLLOW-UP/EVALUATION |
|---|---|---|
| I. Call To Order | Dr. Stone called the meeting to order at 5:30 pm in the Board Room of Citizens Medical Center. | |
| II. Review of Previous Meeting Minutes | The minutes from the previous meeting were reviewed and approved with no additions, deletions or corrections. | |
| III. Old Business<br><br>IV. | A. Ms. Stone reported CPC Quality Metrics, noting a 25% decrease in STEMI D2B times over 4Q09, 41% increase in STEMI cases and 12% increase in CPC census 2009 over 2008. Ms. Stone is now monitoring E2B times as well and reported examples of E2B times involving transport and treatment of STEMI patients from surrounding counties where reperfusion was accomplished in < 90 minutes from first patient contact by EMS. In addition, Hallettsville EMS now joins VFD, Goliad EMS, Cal EMS, El Campo EMS and Edna EMS with LifeNet STEMI Alert technology.<br><br>B. Ms. Brzozowski reported 8 Chest Pain One-Day Stays, 7 of which did not meet inpatient criteria. Physicians were urged to ensure patients meet inpatient criteria, and if they do not, choose Observation Status.<br><br>C. Ms. Stone reported progress on the Therapeutic Induced Hypothermia initiative and provided copies of the Draft CMC Therapeutic Induced Hypothermia Physicians order set. Members of the committee were asked to review the order set and provide feedback regarding recommended additions and/or edits. | A. Ms. Stone will continue to gather and report CPC Quality measure. Ms. Stone will continue to facilitate additional EMS services testing LifeNet System and report to CPC Committee as additional pre-hospital providers adopt this technology.<br><br>B. Ms. Brzozowski and Ms. Stone will continue to work with staff and physicians to reduce/eliminate one-day stays for Chest Pain.<br><br>C. Ms. Stone, Jeff Payne and X Foote will continue to work with the Therapeutic Induced Hypothermia Workgroup, collect recommendations from this committee and continue working toward implementation of this therapy. |

"CONFIDENTIAL: This report is prepared pursuant to but not limited to (P.A. 368 of 1978). This report is a review function and as such is confidential and shall be used only for the purpose provided by law and shall not be public record and shall not be available for public subpoena."

STONE000038