# EXHIBIT "E"

## CIVIL ACTION NO. V-10-64
## UNITED STATES OF AMERICA V. CITIZENS MEDICAL CENTER, ET AL.

## RELATORS' THIRD AMENDED QUI TAM COMPLAINT

DATE: 08/02/10 @ 1500
USER: PM&CKNER

PAGE 1

Citizens Medical Ctr AP **LIVE**
VENDOR HISTORY PAYMENT DETAIL (BY PAYMENT DATE)

FROM VENDOR NAME: STONE EMERGENCY SERVICES, PA  THRU VENDOR NAME: STONE EMERGENCY SERVICES, PA
FROM PAYMENT DATE: 07/01/08  THRU PAYMENT DATE: 08/02/10
FROM GL ACCOUNT: 01-7174-6045  THRU GL ACCOUNT: 01-7174-6045

FACILITY: CIM

VENDOR: STONE EMERGENCY SERVICES, PA  A017731

TERMS: INV NET 1

| PAY DATE | BANK ACCT | CHECK NUM | ACTIVITY | INV NUM | FACILITY | INV DATE | TYPE | TRN | GL ACCOUNT | GL ACCOUNT DESC | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/18/10 | FVNB | 0000119165 | Check ISSUED | 2010/1/31-1 | CIM | 03/17/10 | INV | 2 | 01-7174-6045 | CHEST PAIN CENTER MEDICAL PROF FEES | 43368.00 |
| | | | | | | | | | | | ============ |
| | | | | | | | | | | | 43368.00 |
| 04/29/10 | FVNB | 0000321061 | Check ISSUED | 2010/02/28 | CIM | 04/27/10 | INV | 2 | 01-7174-6045 | CHEST PAIN CENTER MEDICAL PROF FEES | 52716.00 |
| | | | | | | | | | | | ============ |
| | | | | | | | | | | | 52716.00 |
| 07/22/10 | FVNB | 0000324735 | Check ISSUED | 2010/03/31 | CIM | 07/21/10 | INV | 2 | 01-7174-6045 | CHEST PAIN CENTER MEDICAL PROF FEES | 47992.00 |
| | | | | 2010/04/30 | CIM | 07/21/10 | INV | 2 | 01-7174-6045 | CHEST PAIN CENTER MEDICAL PROF FEES | 16461.00 |
| | | | | 2010/05/31 | CIM | 07/21/10 | INV | 2 | 01-7174-6045 | CHEST PAIN CENTER MEDICAL PROF FEES | 30128.00 |
| | | | | | | | | | | | ============ |
| | | | | | | | | | | | 94581.00 |

VENDOR TOTAL:  190665.00

CMC00007251