# EXHIBIT "T"

## CIVIL ACTION NO. V-10-64
## UNITED STATES OF AMERICA V. CITIZENS MEDICAL CENTER, ET AL.

## RELATORS' THIRD AMENDED QUI TAM COMPLAINT

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

DANIEL M. MCCLURE
PARTNER
DMCCLURE@FULBRIGHT.COM

DIRECT DIAL: (713) 651-5159
TELEPHONE: (713) 651-5151
FACSIMILE: (713) 651-5246

March 8, 2010

**VIA ELECTRONIC AND U.S. MAIL**

Mr. David W. Hilgers
Brown McCarroll LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701

Re: Citizens Medical Center/Drs. Chandna, Parikh, and Gaalla,

Dear Mr. Hilgers:

As you know, I am one of the lawyers representing Citizens Medical Center ("CMC"). This is in further response to your letter of January 11, 2010 to CMC in response to the letters from Donald Day, CMC Board Chairman, to Drs. Chandna, Parikh, and Gaalla dated December 16, 2009.

While the letters of December 16 were an appropriate inquiry by CMC of your clients and were not in any way unlawful, CMC also appreciates that your clients are not required to provide the information requested in the letters. Further, this is to clarify that the last paragraph of the December 16 letter incorrectly states that with respect to information provided in response to the letter, "we may take them into account during your reappointment process should you choose to reapply for the Medical Staff membership and clinical privileges at Citizens Medical Center." That is not in fact what CMC has done or intends to do in the future, and the December 16 letter does not accurately state CMC's policy or practices with regard to the information that would be taken into account with respect to decisions by the appropriate medical staff committees and the CMC Board in connection with the reappointment process for staff privileges and Medical Staff membership generally and with respect to your clients specifically. Referrals by your clients of surgeries to be performed at CMC has not been and will not be taken into account with respect to your clients' applications for Medical Staff membership and clinical privileges at CMC. I hope this clears up any confusion that the December 16 letters may have created.

Mr. David W. Hilgers
March 8, 2010
Page 2

                        Very truly yours,

                        Daniel M. McClure

DMM/sf
cc:   Mr. Monte F. James                   *(Via E-Mail)*
      Jackson Walker L.L.P.
      100 Congress Avenue, Suite 1100
      Austin, Texas 78701

      Mr. Kevin D. Cullen
      Cullen, Carsner, Seerden & Cullen, L.L.P.   *(Via E-Mail)*
      119 South Main Street
      P.O. Box 2938
      Victoria, Texas 77902